Wallach, Circuit Judge,
concurring dubitante.
Because I am bound by our precedent, see Deckers Corp. v. United States, 752 F.3d 949, 959 (Fed. Cir. 2014) (“[A] later panel is bound by the determinations of a prior panel, unless relieved of that obligation by an en banc order of the court or a decision of the Supreme Court.”), I agree with the majority that Petitioner Claus Brenndoerfer’s petition must be dismissed for lack of subject matter jurisdiction, see Maj. Op. 906. However, I reiterate that “Cut may be time to ask whether” the filing deadline established by 5 U.S.C. § 7703(b)(1)(A) (2012) is jurisdictional “in light of recent Supreme Court precedent finding some statutory time limits nonju- *907 risdictional. Jones v. Dep’t of Health & Human Servs., 834 F.3d 1361, 1364 n.2 (Fed. Cir. 2016). Therefore, I respectfully concur dubitante.